NELLIE A. TUFTS, Doing Business as E. M. TUFTS CANNING CO., Appellant, *v.* H. V. STOLZ, Doing Business as THE WILLIAMSON CANNING CO., Respondent.

Submitted January 15, 1948; decided March 11, 1948.

*Myron Wisoff* and *Joe Schapiro* for appellant.
*Charles B. Brasser* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.